# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2023 KW 1214
IN THE INTEREST OF E.H.


**NOVEMBER 27, 2023**

---

In Re:   E.H., applying for supervisory writs, City Court of
         East St. Tammany, Parish of St. Tammany No. 23JC4450.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **STAY DENIED; WRIT DENIED.**

                              **PMc**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
     FOR THE COURT